Jorge Gonzalez (CBN 100799)
A PROFESSIONAL CORPORATION
2485 Huntington Drive, Suite 238
San Marino, California 91108
T – 626-328-3081
C – 213-598-3278
E-mail: jggorgeous@aol.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ESTATE OF SEAN WEST; TIM WEST; MONIQUE WEST; JESSIE VELLA, Individually and as Successor in Interest of Decedent Sean West; and I.W., A Minor, By and Through his Guardian ad Litem, ANGELA MUELLER,** )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No.: CV 18-05098-PJW**<br><br>**ORDER GRANTING PETITION FOR APPROVAL OF MINOR'S COMPROMISE** |
| **Plaintiffs,** )<br>) | |
| **vs.** )<br>) | |
| **COUNTY OF LOS ANGELES, a public entity; and DOES 1 through 10, inclusive, both individually and in their official capacity as deputy sheriffs for the County of Los Angeles Sheriff's Department,** )<br>)<br>)<br>)<br>)<br>) | |
| **Defendants.** )<br>_____ ) | |

## ORDER

**IT APPEARING THAT GOOD CAUSE EXISTS,**

The Court hereby GRANTS the Petition of the Plaintiffs for approval of the plan for the compromise of the Minor I.W.'s claims herein.

---

1

ORDER GRANTING PETITION FOR APPROVAL OF MINOR'S
COMPROMISE

The Minor I.W. will receive the amount of $100,000.00 as his portion of the settlement herein.  The court hereby awards Jorge Gonzalez, attorney for the Minor, Attorney fees in the amount of 35%, or $35,000.00.  No costs will be deducted from the Minor's portion.  The remainder of Minor's share, $65,000.00 will be structured as set forth below.

The proposal that the Minor's share be invested in annuities through Pacific Life & Annuity Services, Inc., is approved.  Under said proposal the minor would receive annual payments in the amount of **$20,790.98,** guaranteed for four years, beginning on 6/21/2032, with the last guaranteed payment on 0/6/21/2035, for a total guaranteed payment of **$83,195.92.**  (See Exhibit A, Qualified Assignment & Release Agreement).

Any delay in funding of the annuity may result in a change in the payment dates that shall be recorded in the Settlement Agreement/Release, and qualified assignment, without need of obtaining an amended Order Approving Compromise of Minor's Compromise, for up to 180 days after original purchase date.

**SO ORDERED.**

Dated: July 21, 2020

_Patrick J. Walsh_

The Honorable Patrick J. Walsh,
Magistrate Judge United States District
Court Central District of California

Submitted by:

/s/ Jorge Gonzalez
Attorney for Plaintiffs

2

ORDER GRANTING PETITION FOR APPROVAL OF MINOR'S COMPROMISE

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, JORGE GONZALEZ, am a resident of or employed in the aforesaid county, State of California, I am over the age of eighteen years and not a party to the within action, my business address is 2485 Huntington Drive, Suite 238, San Marino, California, 91108.

On July 17, 2020, I served the foregoing **[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* PETITION FOR APPROVAL OF MINOR'S COMPROMISE** on the interested parties in this action by causing to be delivered a true copy thereof to:

**ANDREW C. PONGRACZ, ESQ.**
**SEKI, NISHIMURA & WATASE, LLP**
**600 Wilshire Boulevard, Suite 1250**
**Los Angeles, California 90017**

_X__      BY E-MAIL apongracz@snw-law.com

__       BY MAIL

      I placed such envelope for deposit in the U.S. Mail for Service by the United States Postal Service, with postage thereon fully prepaid.

____      BY PERSONAL SERVICE

      I caused such envelope to be delivered by hand to the offices of the addressee.

_X__      FEDERAL

      I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 17, 2020, at San Marino, California.

By:_/S/ Jorge Gonzalez_____
Signature of Declarant

---

3

ORDER GRANTING PETITION FOR APPROVAL OF MINOR'S COMPROMISE